UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARWIN SULLIVAN,

        Plaintiff,

                                  Case Number: 00-72638

v.

                                  JUDGE PAUL D. BORMAN
COMMISSIONER OF SOCIAL SECURITY,    UNITED STATES DISTRICT COURT

        Defendant.
_____ /

**<u>ORDER DENYING: (1) PLAINTIFF'S MOTION TO SET ASIDE THE REPORT AND
RECOMMENDATION (DOCK. NO. 40); AND
(2) PLAINTIFF'S MOTION TO RE-OPEN CASE NUMBER 00-72638 (DOCK. NO. 43)</u>**

      Now before the Court is Plaintiff's Motion to Set Aside the Report and Recommendation (Dock. No. 40), and Plaintiff's Motion to Re-open Case Number 00-72638 (Dock. No. 43). On March 29, 2004, the Court adopted the Magistrate Judge's Report and Recommendation granting Defendant's Motion for Summary Judgment (Dock. No. 38), and issued a judgment in favor of Defendant (Dock. No. 39). Subsequently, Plaintiff filed his Motion to Set Aside the Report and Recommendation on May 10, 2004, and his Motion to Re-open the case on October 24, 2005.

      The Court construes both motions before the Court to be motions for reconsideration. Pursuant to Local Rule 7.1(g)(3), a motion for rehearing or reconsideration may be filed within ten days after the entry of the decision to which it objects. *See also* Fed. R. Civ. P. 59(e) (allowing a party to file a Motion to Alter or Amend Judgment within ten days of entry of the Judgment). A motion for reconsideration will be granted if the moving party demonstrates that the court's order contains "a palpable defect by which the court and parties have been misled,"

1

and that "correcting the defect will result in a different disposition of the case." L.R. 7.1(g)(3). A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest or plain. *Mktg. Displays, Inc. v. Traffix Devices, Inc.*, 971 F. Supp. 262, 278 (E.D. Mich. 1997) (internal citation omitted).  Neither of Plaintiff's motion for reconsideration were timely filed, nor does Plaintiff's motions identify a palpable defect by which the Court and parties have been misled. Accordingly, for these reasons, and the reasons stated in the Magistrate Judge's Report and Recommendation, the Court:

    (1)    DENIES Plaintiff's Motion to Set Aside the Report and Recommendation; and

    (2)    DENIES Plaintiff's Motion to Re-open Case Number 00-72638.

**SO ORDERED.**

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  March 2, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 2, 2007.

                              s/Denise Goodine
                              Case Manager